```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 03798
   TERRACINA Y HARVEY
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4337

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/04/2005 and was confirmed 05/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG    24300.00          .00       24300.00
BANK OF NEW YORK           MORTGAGE ARRE    15787.40          .00        7502.10
GMAC PAYMENT PROCESSING    SECURED           6197.34      1187.51        2341.23
PORTFOLIO RECOVERY ASSOC   SECURED           1273.45          .00         605.12
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00             .00
CENTRAL DUPAGE HOSPITAL    UNSECURED       NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         2810.73          .00             .00
FIRST NATIONAL BANK        UNSECURED         1935.01          .00             .00
ISAC                       UNSECURED         2015.96          .00             .00
NICOR GAS                  UNSECURED       NOT FILED          .00             .00
SAKS                       UNSECURED       NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED          515.19          .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         2308.52          .00             .00
JC CHRISTENSEN & ASSOC     UNSECURED       NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED             .00          .00             .00
ROBERT V SCHALLER ^        DEBTOR ATTY       1,226.00                    1,226.00
TOM VAUGHN                 TRUSTEE                                       1,990.94
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             39,152.90

PRIORITY                                        .00
SECURED                                   34,748.45
    INTEREST                               1,187.51
UNSECURED                                       .00
ADMINISTRATIVE                             1,226.00
TRUSTEE COMPENSATION                       1,990.94

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 03798 TERRACINA Y HARVEY
```

```
DEBTOR REFUND                                                            .00
                                    ---------------      ---------------
TOTALS                                    39,152.90            39,152.90
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
   Dated: 12/27/07                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```